CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

JUL 24 2012

JULIA C. DUDLEY, CLERK
BY:
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:11cr00022 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMAN ALI, | ) | By: Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |

## ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a Report and Recommendation (Dkt. # 133) on March 14, 2012, recommending that defendant's plea of guilty to Counts 1 and 18 of the Indictment be accepted. No objections to the Report and Recommendation were filed.

On April 4, 2012, the court referred this matter back to the Magistrate Judge to clarify various discrepancies noted among the Indictment (Dkt. # 3), the Plea Agreement (Dkt. # 126), the Statement of Facts (Dkt. # 128), and the Report and Recommendation (Dkt. # 133). The Magistrate Judge filed an Amended Report and Recommendation (Dkt. # 149) on May 16, 2012, and a Second Amended Report and Recommendation (Dkt. # 167) on July 2, 2012, correcting the discrepancies noted in the court's referral order (Dkt. # 139) and again recommending that defendant's plea of guilty to Counts 1 and 18 of the Indictment be accepted. No objections to the amended and second amended reports have been filed, and the court is of the opinion that the

second amended report adequately addresses the discrepancies in the original and amended reports noted by the court and should be adopted in its entirety.  Accordingly, **IT IS ORDERED** that said second amended report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty to Counts 1 and 18 of the Indictment is **ACCEPTED**, and defendant is adjudged **GUILTY** as to each offense.  The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

Entered:  July 23, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge